148 So. 332

### O. B. WILLIS v. IVEY F. LEWIS.

2 Div. 25.

Supreme Court of Alabama.

May 18, 1933.

■■■■

S. F. Hobbs, of Selma, for the motion.

Ivey F. Lewis, of Birmingham, opposed.

FOSTER, Justice.

Petition of O. B. Willis for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Willis v. Lewis, 148 So. 330.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.